WALLACE REYNOLDS, Respondent, v. ERIE-LACKAWANNA RAILROAD COMPANY, Appellant.

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

In the Matter of ALBERT EINSTEIN, an Attorney. Concur — Botein, P. J., Stevens, Eager, Steuer and McNally, JJ.

In the Matter of KARL S. LOWENTHAL (Admitted as SOLOMON S. LOWENTHAL), an Attorney. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.